```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 16 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
PEREZ TELLO, individually and on behalf of :
others similarly situated, :
:
:
Plaintiff,   :       No. 11 Civ. 0736 (RA)
:
-v-                      :            ORDER
:
JANDALE REALTY INC., et al.,          :
:
Defendants.   :
------------------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

As discussed at the conference held on August 15, 2012, it is hereby:

ORDERED that Plaintiff submit a letter to the Court no later than August 29, 2012 setting forth his view as to how this case should proceed with respect to Mr. Flores and the legal basis therefor. Defendants shall have until September 5, 2012 to respond, if so desired.

IT IS FURTHER ORDERED that the deadline for completion of all discovery in this matter is November 30, 2012. A post-discovery conference is scheduled for December 3, 2012 at 11:00 a.m. in Courtroom 9B, 500 Pearl Street, New York, New York 10007. Barring dispositive motion practice, the parties' joint pretrial submissions shall be due on January 4, 2013, and this case shall be ready for trial on January 14, 2013.

The parties are directed to review the Court's applicable Individual Rules and Practices (available at http://nysd.uscourts.gov/judge/Abrams) regarding the submission of letters.

SO ORDERED.

Dated:   August 16, 2012
         New York, New York

                                                  _____
                                                  Ronnie Abrams
                                                  United States District Judge